IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DALE D. MOORE, and JEANIE NELSON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CV 15–71–M–DLC–JCL<br><br>ORDER |

Pursuant to the parties' Stipulation to Dismiss With Prejudice (Doc. 154),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for February 13, 2017, is VACATED.

Dated this 6th day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court